Petition of THE STATE DEPARTMENT OF PUBLIC WORKS, under Section 91, Railroad Law, for an Order Determining That a Change Shall Be Made in the Existing Structure (Highway Bridge) Carrying the Haverstraw-West Haverstraw State Highway No. 5389 over the Railroad of the New Jersey and New York Railroad Company in the Incorporated Village of West Haverstraw,

Rockland County. NEW JERSEY AND NEW YORK RAILROAD COMPANY, Appellant. THE STATE DEPARTMENT OF PUBLIC WORKS, and Others, Respondents.— Determinations of the Public Service Commission unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.